UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENDRICKS RESOURCES LIMITED,

        Plaintiff,

v.

OMNIS MINERAL TECHNOLOGIES, LLC,

        Defendant.

Civil Action No. 1:17-CV-1307-LAP

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and in accordance with the terms of the settlement by and between the parties, Plaintiff Hendricks Resources Limited, by and through counsel, voluntarily dismisses this action. Pursuant to the terms of the parties' settlement agreement, this dismissal shall be with prejudice. Further, each of the parties shall be responsible for its own costs and expenses, including attorneys' fees, incurred in the course of this litigation.

Dated: April 6, 2017

_____
Mark K. Hsu, Esq.
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
600 Lexington Avenue, 8th Floor
New York, New York 10022-7678
Phone: (212) 897-9655
Fax: (646) 589-8700
mhsu@hptylaw.com
*Attorneys for Plaintiff*